*E-FILED: May 13, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of: MELCHOR MOLINA dba MVM EARTHWORK & PAVING,<br><br>    Plaintiff,<br>  v.<br><br>AMERICAN SAFETY AND CASUALTY INSURANCE COMPANY; ALLIED INDUSTRIES, INC.,<br><br>    Defendants.<br>_____/ | No. C12-05050 HRL<br><br>**SECOND ORDER TO SHOW CAUSE RE SETTLEMENT** |

In view of plaintiff's May 14, 2013 Notice of Conditional Settlement, the show cause hearing scheduled for May 14, 2013 is vacated, and the court re-sets that hearing and related deadlines as follows:

**On or before June 10, 2013**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **June 25, 2013, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). The parties shall file a statement in response to this Order to Show Cause **no later than June 18, 2013**. The statement shall advise as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time,

if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

SO ORDERED.

Dated: May 13, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:12-cv-05050-HRL Notice has been electronically mailed to:

2  Cathleen Mary Curl     ccurl@manoscurl.com

3  Christian J. Gascou    cgascou@gascouhopkins.com